## Harry T. ANDERSON, Plaintiff–Appellant,

v.

## EASTERN CT HEALTH NETWORK, INC., aka ECHN, Inc., and Eastern Connecticut Medical Professionals Foundation, Inc., fka ECHN Health Services, Inc., Defendants–Appellees.

### 15-2605-cv

United States Court of Appeals,
Second Circuit.

August 29, 2016

FOR PLAINTIFF–APPELLANT: MARY ALICE MOORE LEONHARDT (Daniel J. Csuka, on the brief), Rome McGuigan, P.C., Hartford, CT.

FOR DEFENDANTS–APPELLEES: BEVERLY W. GAROFALO (Collin O'Connor Udell, on the brief), Jackson Lewis P.C., Hartford, CT.

PRESENT: John M. Walker, Jr., José A. Cabranes, Raymond J. Lohier, Jr., Circuit Judges.

## SUMMARY ORDER

Harry T. Anderson appeals from a judgment entered on July 20, 2015 resulting from the District Court's grant of summary judgment in favor of Eastern CT Health Network, Inc. and Eastern Connecticut Medical Professionals Foundation, Inc. on July 16, 2015. We have reviewed all of the arguments raised by Anderson on appeal and find them to be without merit. Accordingly, we **AFFIRM** the July 20, 2015 judgment of the District Court for substantially the reasons stated by the District Court in its Ruling and Order filed July 16, 2015.